# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of

A WHITE 2017 CHEVROLET IMPALA WITH VEHICLE IDENTIFICATION NUMBER 2G1105S31H9118867 (TARGET VEHICLE), CURRENTLY LOCATED IN THE EASTERN DISTRICT OF MISSOURI, FURTHER DESCRIBED AND DEPICTED IN ATTACHMENT A.

Case No. 4:24 MJ 9060 RHH

SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS

## APPLICATION FOR A SEARCH WARRANT

I, <u>SFO Patrick J. Riordan, FBI</u>, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

SEE ATTACHMENT A

located in the <u>EASTERN</u> District of <u>MISSOURI</u>, there is now concealed

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1); | Possession with intent to distribute a controlled substance; |
| 18:924(c); 18:922(g)(1) | Possession of a firearm in furtherance of a drug trafficking crime; Felon in possession of a firearm |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

*Patrick J. Riordan*
*Applicant's signature*

SFO Patrick J. Riordan, FBI
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: February 26, 2024

*[signature]*
*Judge's signature*

City and state: St. Louis, MO

Honorable Rodney H. Holmes, U.S. Magistrate Judge
*Printed name and title*

AUSA: Nichole E. Frankenberg, #61126MO

# ATTACHMENT A

**4:24 MJ 9060 RHH**

*Property to be searched*

IN THE MATTER OF THE SEARCH OF a white 2017 Chevrolet Impala with vehicle identification number 2G1105S31H9118867 (Target Vehicle).





## ATTACHMENT B
### 4:24 MJ 9060 RHH
*Property to be seized*

1. All items, records and information that constitute contraband, fruits, evidence and instrumentalities concerning violations of Title 21, United States Code 841(a)(1) (possession with intent to distribute a controlled substance), Title 18, United States Code, Sections 924(c) (possession of a firearm in furtherance of a drug trafficking crime), and of Title 18, United States Code 922(g)(1) (felon in possession of a firearm) including:

   a) Firearms, ammunition, magazines, silencers, and other illegal weapons;

   b) Items related to cleaning and maintaining firearms;

   c) Firearm holsters;

   d) Safes or lockboxes;

   e) Paperwork, bills of sale registration materials for firearms or ammunition;

   f) Indicia of occupancy, residency, rental and/or ownership of the target vehicle, including, but not limited to, utility and telephone bills, cancelled envelopes, vehicle maintenance records, vehicle finance information, and other records;

   g) Controlled substances;

   h) Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons;

   i) United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances; and

   j) Books, records, receipts, notes, ledgers, electronic storage devices, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A WHITE 2017 CHEVROLET IMPALA WITH VEHICLE IDENTIFICATION NUMBER 2G1105S31H9118867 (TARGET VEHICLE), CURRENTLY LOCATED IN THE EASTERN DISTRICT OF MISSOURI. | No. 4:24 MJ 9060 RHH<br><br>**FILED UNDER SEAL**<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Patrick J. Riordan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application under Federal Rule of Criminal Procedure 41 for a warrant to search the following vehicles:

    a. A White 2017 Chevrolet Impala with vehicle identification number (VIN) 2G1105S31H9118867 (hereinafter "Target Vehicle") further described and depicted in Attachment A, for the things described in Attachment B;

2. I am a deputized Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such. Concurrent with this assignment, I am employed as a Police Officer with the St. Louis Metropolitan Police Department (SLMPD) and have been so employed for the past sixteen (16) years. I am currently assigned to the St. Louis Division of the Federal Bureau of Investigation (FBI) as a member of the St. Louis Gateway OCDETF Task Force and have been so since 2015. Through my training and experience I am familiar with the debriefing of cooperating witnesses and/or sources of information and methods of searching locations where narcotics, narcotics proceeds, and/or weapons may be found. Additionally, I have been trained and have experience in conducting surveillance, telephone toll analysis and am familiar with the manner of importation and distribution of narcotics as well as

1

the payment methods utilized by narcotic distributors. During the past sixteen (16) years as a Police Officer with the SLMPD, I have been involved in a multitude of drug, gang, and violent crime investigations involving arrest, interviews, informant debriefings, and surveillances. I have also been the affiant on numerous Federal and State Search Warrant Affidavits and participated in numerous investigations that employed the use of PLW's, Pen Registers and Title-III wire taps.

3.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code 841(a)(1), Title 18, United States Code, Sections 924(c) (possession of a firearm in furtherance of a drug trafficking crime), and Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm) has been committed by persons known. I believe that Target Vehicle contains evidence of the subject offenses. I also believe that there is probable cause to search Target Vehicle for further evidence of these subject offenses and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

4.  On February 7, 2024, Maszaba Johnson (hereinafter Johnson) was indicted by a Federal Grand Jury for seven (7) counts of Distribution of a Controlled Substance, for offenses occurring between November 3, 2023 and December 11, 2023. The Indictment was sealed and a warrant was ordered for the arrest of Johnson (4:24-CR-56 JAR RHH). On February 26, 2024, law enforcement located Johnson as he exited the St. Charles, Missouri, courthouse following Johnson's appearance there for an unrelated matter. As Johnson left the courthouse, law enforcement took him into custody pursuant to the above-referenced arrest warrant.

5.  Upon initial conversations with law enforcement, Johnson admitted having driven to the area in which he was located and gestured with his head to the parking garage when asked where his car was located. Johnson then changed his story, saying he had been dropped off.

6.  A search incident to arrest of Johnson revealed a key fob in his pocket. Investigation

revealed the key fob possessed by Johnson activated a White 2017 Chevrolet Impala with vehicle identification number (VIN) 2G1105S31H9118867, Target Vehicle.

7. Looking through the windshield, in plain view underneath the driver's seat, affiant observed a black metal object, which affiant believes, in his training and experience to be the handle of a firearm.

8. Additionally, the hood and rear drivers side door of the Target Vehicle has what affiant believes, in his training and experience, to be fresh ballistic damage.

9. The Target Vehicle is located on the second floor of the parking garage at the intersection of Second Street and Monroe Street, Saint Charles, MO 63301, which is in the Eastern District of Missouri, and near the courthouse where Johnson appeared earlier in the day.

10. A review of Johnson's criminal history revealed that he has prior felony convictions for Robbery in the Second Degree (2016), Felon in Possession of a Firearm (2016 and 2023), and Unlawful Use of a Weapon (2016). As Johnson had actually been imprisoned for at least one year, Johnson knew that he was a convicted felon prohibited from possessing firearms.

11. I believe that Target Vehicle contains evidence of the subject offense because the evidence can be seen in plain view. Also, after initially indicating he drove to the area, Johnson changed his story, displaying consciousness of guilt as to possession of the firearm. Thus, probable cause exists to believe that Target Vehicle contains evidence of the subject offense.

12. Furthermore, the location and seizure of the things set forth in Attachment B may require the movement and/or removal of items such as carpeting, vehicle panels, and/or other items affixed to Target Vehicle in order for the things of evidentiary value set forth in Attachment B to be located, observed, and seized.

## CONCLUSION

13. Given the facts above, law enforcement believes that a search warrant for Target Vehicle will assist investigators in securing evidence of the subject offense. Based on the

3

foregoing, I submit that this affidavit supports probable cause for a warrant to search Target Vehicle described in Attachment A and seize the items described in Attachment B.

14.     I further request authorization to transport the vehicle for safekeeping and to execute the search if necessary. The vehicle is currently parked in a parking garage, which makes the execution of the search warrant impractical. Further, the vehicle may be subject to forfeiture given its role in facilitating the commission of a violation of Title 18, United States Code, Section 922 (g)(1).

15.     I further request that the Court order that all papers in support of this application, including the affidavit and warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

I state under penalty of perjury the forgoing is true and correct.

Respectfully submitted,

_02/26/2024_____
DATE

*Patrick J. Riordan*
PATRICK J. RIORDAN
Special Federal Officer
Federal Bureau of Investigation (FBI)

Sworn to, attested to, and affirmed before me via reliable electronic means Pursuant to Federal Rules of Criminal Procedure 4.1 and 41 on February __26__, 2024.

_____
HONORABLE RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE
Eastern District of Missouri

4

# ATTACHMENT A
## 4:24 MJ 9060 RHH

*Property to be searched*

IN THE MATTER OF THE SEARCH OF a white 2017 Chevrolet Impala with vehicle identification number 2G1105S31H9118867 (Target Vehicle).





## ATTACHMENT B
### 4:24 MJ 9060 RHH
*Property to be seized*

1. All items, records and information that constitute contraband, fruits, evidence and instrumentalities concerning violations of Title 21, United States Code 841(a)(1) (possession with intent to distribute a controlled substance), Title 18, United States Code, Sections 924(c) (possession of a firearm in furtherance of a drug trafficking crime), and of Title 18, United States Code 922(g)(1) (felon in possession of a firearm) including:

   a) Firearms, ammunition, magazines, silencers, and other illegal weapons;

   b) Items related to cleaning and maintaining firearms;

   c) Firearm holsters;

   d) Safes or lockboxes;

   e) Paperwork, bills of sale registration materials for firearms or ammunition;

   f) Indicia of occupancy, residency, rental and/or ownership of the target vehicle, including, but not limited to, utility and telephone bills, cancelled envelopes, vehicle maintenance records, vehicle finance information, and other records;

   g) Controlled substances;

   h) Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons;

   i) United States currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of controlled substances or which are proceeds from the distribution of controlled substances; and

   j) Books, records, receipts, notes, ledgers, electronic storage devices, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms.